■ The People of the State of New York, Respondent, v Lamont Gray, Appellant. [48 NYS3d 898]—

Judgment, Supreme Court, New York County (Larry R.C. Stephen, J. at suppression hearing; Robert M. Stolz, J. at plea and sentencing), rendered June 12, 2013, convicting defendant of two counts of operating a motor vehicle while under the influence of alcohol, and sentencing him to a term of six months, with five years' probation and a $2500 fine, unanimously affirmed.

The court properly denied defendant's suppression motion. Defendant made the statements at issue while he was detained during a traffic stop. While defendant may have been seized for Fourth Amendment purposes, he was not in custody for Miranda purposes (see Berkemer v McCarty, 468 US 420, 436-437 [1984]; People v Bennett, 70 NY2d 891 [1987]), and none of the police conduct at the time of the investigatory questioning can "fairly be characterized as the functional equivalent of formal arrest" (Berkemer, 468 US at 442); accordingly, Miranda warnings were not required. Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Webber and Gesmer, JJ.